UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY SWANIGAN                                                                                    PLAINTIFF
ADC # 101568

V.                                        No. 4:23-CV-683-BRW-JTR

DOC; PROFRIRI, Secretary;
MUSSELWHITE, Warden; and
FITZPATRICK, Lieutenant                                                                      DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

1. This case is DISMISSED without prejudice.

2. Swanigan's Motion for Order to Show Cause/for Temporary Restraining Order/for Preliminary Injunction (*Doc. 2*) is DENIED as moot.

3. The Clerk is directed to send Swanigan a blank 42 U.S.C. § 1983 complaint form.

4. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 4th day of October, 2023.

                                                                                                      _____BILLY ROY WILSON_____
                                                                                                       UNITED STATES DISTRICT JUDGE